[No. 41479-8-I.    Division One.    January 19, 1999.]

EASTSIDE MENTAL HEALTH, *Respondent*, v. ED VERVYNCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22677-5, Peter Jarvis, J., entered October 8, 1997. *Remanded* by unpublished opinion per Ellington, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 41483-6-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01183-0, Charles W. Mertel, J., entered October 13, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 41582-4-I; 42187-5-I.    Division One.    January 19, 1999.]

ZINE A. BADISSY, ET AL., *Respondents*, v. CHEN SUN, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 94-2-23132-4, Norman Quinn, J. Pro Tem., entered October 3, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 41650-2-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLIN T. CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03371-0, Michael J. Fox, J., entered November 17, 1997. *Affirmed* by unpublished per curiam opinion.